IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br> DANIEL CATALAN,<br><br>  Defendant. | Case No.:  6:25-CR-00002-JLT-HBK<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on August 15, 2025.

IT IS HEREBY ORDERED that the defendant shall be released forthwith from hospital.

A certified Judgment and Commitment order to follow.

Dated:   August 15, 2025

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE